**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dwaine Winfrey, an individual, Plaintiff, vs. City of Gilbert, a body politic of the State of Arizona; City of Gilbert Police Department; and Gilbert Police Officer K. Hefner and Spouse Hefner, wife and husband, Defendants. | No. CV-04-1725-PHX-DGC **ORDER** |

In an April 17, 2006 Order, the Court granted Defendants Town of Gilbert's and Kari Hefner's motion for summary judgment and required Plaintiff to show cause why Defendant City of Gilbert Police Department should not be dismissed for lack of service of process. Doc. #44 at 6.[1]  Plaintiff has not responded to the order to show cause.

**IT IS THEREFORE ORDERED:**

1. Defendant City of Gilbert Police Department is **dismissed**.

2. The Clerk shall enter **final judgment** in favor of Defendants Town of Gilbert and Kari Hefner and Spouse Hefner.

---

[1] The Court also dismissed the fictitiously named defendants. *Id.*

1    3.    The Clerk shall **terminate** this action.

2    DATED this 5th day of June, 2006.

_____
David G. Campbell
United States District Judge